IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

HAROLD MILLER MINCKLER AND WIFE
CHERI HOFF MINCKLER                                                                        PLAINTIFFS

V.                                                     CIVIL ACTION NO. 2:19-CV-00165-KS-MTP

THOR MOTOR COACH, INC.,
CAMPING WORLD RV SALES, LLC,
AND M & T BANK                                                                              DEFENDANTS

## NOTICE OF SERVICE

Notice is hereby given that Defendant Thor Motor Coach, Inc. ("Defendant"), by and through counsel, has served the following:

1. Defendant's Answers to Plaintiffs' First Set of Interrogatories; and

2. Defendant's Responses to Plaintiffs' Request for Production of Documents

The undersigned retains the originals of the above papers as custodian thereof.

THIS the 14th day of February, 2020.

        THOR MOTOR COACH, INC.

        By: s/ Caroline C. LOVELESS
          ARTHUR D. SPRATLIN, JR., MB# 9035
          CAROLINE C. LOVELESS, MB# 105960

        ITS ATTORNEYS

OF COUNSEL:

BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Post Office Box 6010
Ridgeland, MS 39158-6010
Tel:  601-985-4568 (ADS)
Tel:  601-985-4409 (CCL)
Fax:  601-985-4500
art.spratlin@butlersnow.com
caroline.loveless@butlersnow.com

## CERTIFICATE OF SERVICE

I, Caroline C. Loveless, one of the attorneys for Defendant Thor Motor Coach, Inc., do hereby certify that I have electronically filed the above and foregoing with the Clerk of the Court using the Court's ECF system which sent notification of such filing to the following attorney of record:

Thomas Tullos, Esq.
Post Office Drawer 567
Bay Springs, MS 39422

Attorney for Plaintiffs

SO CERTIFIED this 14th day of February, 2020.

      _s/ Caroline C. Loveless_
      CAROLINE C. LOVELESS

51609542.v1