IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**HAROLD MILLER MINCKLER AND WIFE**
**CHERI HOFF MINCKLER**                                   **PLAINTIFFS**

V.                                    CIVIL ACTION NO. 2:19-CV-00165-KS-MTP

**THOR MOTOR COACH, INC.,**
**CAMPING WORLD RV SALES, LLC,**
**AND M & T BANK CORPORATION**                            **DEFENDANTS**

### PLAINTIFFS' DESIGNATION OF EXPERT WITNESSES

**COME NOW** the Plaintiffs, **HAROLD MILLER MINCKLER AND WIFE, CHERI HOFF MINCKLER,** and files this their Designation of Expert Witnesses, and for cause would show as follows, to-wit:

1.

Barry Bradshaw: Mr. Bradshaw will testify in regards to the mechanical difficulties existing with the motor home.

2.

Rance Ulmer: Mr. Ulmer is expected to testify as to the reasonable value of the services put forward by the Plaintiffs' attorney.

                                                        Submitted
                                                        **HAROLD MILLER MINCKLER**
                                                        **and wife, CHERI HOFF MINCKLER**

                                                        BY: THOMAS L. TULLOS
                                                               **Their Attorney**

## CERTIFICATE OF SERVICE

I, Thomas L. Tullos, Attorney at Law, do hereby certify that I have this day delivered by U. S. Postal mailed, postage prepaid, and by email, a true and correct copy of the above and foregoing Plaintiffs' Designation of Expert Witnesses to:

Butler Snow LLP
Attn: Hon. Art D. Spratlin, Jr.
Hon. Caroline C. Loveless
Post Office Box 6010
Ridgeland, MS 39518
Email: art.spartlin@butlersnow.com
caroline.loveless@butersnow.com
Attorney for Defendants

This the 17 day of July, 2020.

_____
THOMAS L. TULLOS
ATTORNEY AT LAW

_____
**THOMAS L. TULLOS**
**ATTORNEY AT LAW**
**Post Office Drawer 567**
**Bay Springs, MS 39422**
**MS State Bar No. 8304**
**Tel (601) 764-4258**
**Fax (601)764-4126**
**Email: tom@tulloslaw.com**
**Attorney for Plaintiffs**