IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

HAROLD MILLER MINCKLER AND WIFE
CHERI HOFF MINCKLER                                              PLAINTIFFS

V.                                      CIVIL ACTION NO. 2:19-CV-00165-KS-MTP

THOR MOTOR COACH, INC.,
CAMPING WORLD RV SALES, LLC,
AND M & T BANK CORPORATION                                       DEFENDANTS

**PLAINTIFFS' RESPONSE TO THOR MOTOR COACH, INC.'S
<u>NOTICE OF WITHDRAWAL OF MOTION</u>**

**COME NOW HAROLD MILLER MINCKLER AND WIFE, CHERI HOFF MINCKLER,** Plaintiffs, by and through their attorney of record, Thomas L. Tullos, and file this their response to Thor Motor Coach, inc.'s Notice of Withdrawal of Motion, and for cause would show unto this honorable Court as follows, to-wit:

1.

The Plaintiffs have no objection to Defendant's motion and request that the Court grant said motion.

Respectfully submitted,<br>
**HAROLD MILLER MINCKLER**<br>
and wife, **CHERI HOFF MINCKLER**<br>
<br>
_/s/ Thomas L. Tullos_<br>
BY: THOMAS L. TULLOS<br>
**Their Attorney**

## CERTIFICATE OF SERVICE

I, Thomas L. Tullos, Attorney at Law, do hereby certify that I have this day delivered by U. S. Postal mailed, postage prepaid, and by email, a true and correct copy of the above and foregoing *Plaintiffs' Response to Thor Motor Coach, Inc.'s Notice of Withdrawal of Motion* to:

Butler Snow LLP
Attn: Hon. Art D. Spartlin, Jr.
Hon. Caroline C. Loveless
Post Office Box 6010
Ridgeland, MS 39518
Email: art.spartlin@butlersnow.com
Email: caroline.loveless@butersnow.com
Attorney for Defendants

This the 16th day of September, 2020.

/s/ Thomas L. Tullos
**THOMAS L. TULLOS**
**ATTORNEY AT LAW**


/s/ Thomas L. Tullos
**THOMAS L. TULLOS**
**ATTORNEY AT LAW**
**POST OFFICE DRAWER 567**
**BAY SPRINGS, MS 39422**
**MS STATE BAR NO. 8304**
**TEL (601) 764-4258**
**FAX (601)764-4126**
**EMAIL: tom@tulloslaw.com**
**ATTORNEY FOR PLAINTIFFS**